# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Strategic Solutions Unlimited, Inc. | )   ASBCA No. 59330 |
| | ) |
| Under Contract No. GS-02F-0129W | ) |
| D.O. No. W912LA-12-F-0039 | ) |

APPEARANCE FOR THE APPELLANT:       Jennifer M. Miller, Esq.
                                     Wyrick Robbins Yates & Ponton LLP
                                     Raleigh, NC

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
                                     Army Chief Trial Attorney
                                     MAJ Lawrence Gilbert, JA
                                     Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 6 November 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59330, Appeal of Strategic Solutions Unlimited, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals